■ In the Matter of Davin V. Administration for Children's Services, Respondent; Davida V.V., Appellant. [19 NYS3d 190]—Appeal from an order of the Family Court, Kings County (Toshia M. McKnight, Ct. Atty. Ref.), dated November 14, 2014. The order, after a hearing, continued placement of the subject child and supervised visitation with the mother until completion of the next permanency hearing.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

The mother's appeal from the order dated November 14, 2014, which, among other things, continued placement of the subject child in foster care, has been superseded by a subsequent permanency hearing order dated July 8, 2015, from which no appeal has been taken. Accordingly, the appeal must be dismissed as academic (*see Matter of Tara C. [Sonia C.]*, 106 AD3d 735 [2013]; *Matter of Anthony C. [Juan C.]*, 99 AD3d 798, 799 [2012]). Balkin, J.P., Hall, Duffy and LaSalle, JJ., concur.